# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN ITG GROUP CORP., LTD., | CV 23-3925 DSF (MARx) |
|    Petitioner, | JUDGMENT |
| v. | |
| DASHIR INTERNATIONAL INC., | |
|    Respondent. | |

The Court having granted Petitioner's Petition to Confirm Arbitration Award,

IT IS ORDERED AND ADJUDGED that the final arbitration award in favor of Petitioner and against Respondent, entered on September 19, 2022 before a tribunal at the Shanghai International Arbitration Center is confirmed, and that Petitioner recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 9/13/2023

Dale S. Fischer
United States District Judge